1  BRUCE J. QUILLIGAN (SBN 77830)
   KERRY W. FRANICH (SBN 245857)
2  PITE DUNCAN, LLP
   1820 East First Street, Suite 420
3  Santa Ana, CA 92705
   (714) 285-2669
4  (714) 285-2668 *facsimile*
   E-Mail: kfranich@piteduncan.com
5
   Attorneys for Defendant CAL-WESTERN RECONVEYANCE CORPORATION.
6

7

8               UNITED STATES DISTRICT COURT

9       NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

10

| 11 | RUSSELL DON HOLTZ, | Case No. C08 02166 |
|---|---|---|
| 12 | Plaintiff, | Assigned to Magistrate Judge Richard Seeborg |
| 13 | v. | **STIPULATION FOR NON-MONETARY JUDGMENT AS TO DEFENDANT CAL-WESTERN RECONVEYANCE CORPORATION** |
| 14 | BANK OF AMERICA, NATIONAL ASSOCIATION, a national banking association; CAL-WESTERN RECONVEYANCE CORPORATION, a California corporation; PRLAP, INC., a North Carolina corporation; and DOES 1 through 20, inclusive,, | |
| 15 | | |
| 16 | | Complaint Filed:  April 25, 2008<br>Trial Date:  None set |
| 17 | | |
| 18 | Defendants. | |

19

20      Plaintiff, RUSSELL DON HOLTZ, ("PLAINTIFF"), by and through his attorneys of

21  record, CONSUMER LAW CENTER, INC., and Defendant CAL-WESTERN

22  RECONVEYANCE CORPORATION ("CWR"), by and through its attorneys of record, Pite

23  Duncan, LLP, enter into this Stipulation and request that the Court issue an Order embodying

24  its terms and provisions.

25                      **RECITALS**

26      A.  PLAINTIFF filed a Complaint in the above-captioned action on April 25, 2008

27  The Complaint seeks damages and declaratory relief as a result of alleged violations of the

28  Truth in Lending Act, 15 U.S.C. § 1601 *et. seq.* and Federal Reserve Board Regulation Z,

12 C.F.R. § 226, promulgated pursuant thereto.

B. PLAINTIFF asserts that he was not provided with notice of his statutory right to rescind under federal law after executing a deed of trust dated November 1, 2004 that encumbers the property located at 905 Suiter Street, Hollister, California.

C. On February 14, 2008, CWR recorded a Notice of Default in the Official Records of the County of San Benito as Instrument Number 2008-0001408. The Notice of Default indicated that a default of $6,426.34 existed as of February 13, 2008 under the subject deed of trust.

## STIPULATION

1. PLAINTIFF acknowledges and stipulates that CWR has been named as a defendant in this litigation solely in its capacity as a trustee under the deed of trust and that it has not been named as a defendant due to any acts or omissions on its part in the performance of its duties as trustee.

2. CWR has not been involved in any way with the property that is the subject of this lawsuit, except in its capacity as the trustee under the deed of trust which encumbers the property.

3. CWR agrees to be bound by whatever order or judgment is issued by the Court regarding the deed of trust and shall not be subject to any monetary awards for damages, attorney's fees or costs pursuant to *Civil Code* § 29241(d). CWR will not be required to respond to any of the pleadings in this action, and will not be required to appear at any hearings of the trial of this matter.

4. The filing of this stipulation is not intended to and does not prejudice the rights of any trustor, beneficiary, or assignee under the deed of trust, and shall not constitute a waiver of any other person or entity's rights or obligations under the deed of trust.

5. This Stipulation shall inure to the benefit of the parties and their successors and/or assigns.

6. The parties to this Stipulation agree and request that the Court issue an Order consistent with the terms of this Stipulation.

1  IT IS SO STIPULATED.

2

3  Dated: 4-7-08                                   CONSUMER LAW CENTER, INC.

4

5  _____

6                                                  FRED W. SCHWINN

7                                                  Attorneys for Plaintiff RUSSELL DON HOLTZ

8

9

10 Dated: 5/8/08                                   PITE DUNCAN, LLP

11

12 _____

13                                                 BRUCE J. QUILLIGAN
                                                   KERRY W. FRANICH
14
                                                   Attorneys for Defendant CAL-WESTERN
15                                                 RECONVEYANCE CORPORATION.

16

17

18                                      **ORDER**

    The Court, having considered the Stipulation of the parties, and other good cause
19
    appearing, the Stipulation is approved and adopted as the Order of the Court.
20

21
    Dated: _____, 2008              _____
22
                                                   Magistrate Judge Richard Seeborg
23

24

25

26

27

28

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address)<br>Bruce J. Quilligan (SBN 77830)<br>Kerry W. Franich (SBN 245857)<br>PITE DUNCAN, LLP<br>1820 E. First Street, Suite 420<br>Santa Ana, CA  92705<br>Email : Bquilligan@piteduncan.com; Kfranich@piteduncan.com<br>ATTORNEY FOR: (Name) Defendant CAL-WESTERN RECONVEYANCE CORP. | TELEPHONE NO.<br>(714) 285-2664 | FOR COURT USE ONLY |
|---|---|---|
| U. S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA<br>STREET ADDRESS:  280 S. First Street<br>MAILING ADDRESS:<br>CITY & ZIP CODE:   San Jose, California 95113<br>BRANCH:                 San Jose Division | | |
| PLAINTIFF:    RUSSELL DON HOLTZ<br><br>DEFENDANT:   BANK OF AMERICA, et al. | | |
| **DECLARATION OF SERVICE**<br>[CCP 1013, 2015.5 and 1011]   [CRC 2003 and 2006(d)] | | CASE NUMBER:<br>C 08 02166 |

    I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 1820 E. First Street, Suite 420, Santa Ana, California 92705. On May 16, 2008, I served the following document(s) or true copies thereof, with all exhibits, described as: **STIPULATION FOR NON-MONETARY JUDGMENT AS TO DEFENDANT CAL-WESTERN RECONVEYANCE CORPORATION**, on the interested parties in this action as follows:

SEE COURT'S SERVICE LIST AS OF THE DATE OF THIS DECLARATION

[APPLICABLE PARAGRAPH(S) CHECKED:]

__X__    BY ELECTRONIC TRANSFER: I caused the above-entitled document(s) to be electronically filed and served on the interested parties via CM/ECF e-service at http://www.cand.uscourts.gov/ on May 16, 2008. A copy transmission receipt will be maintained with the original document(s) in our office.

___    BY MAIL: I caused such envelope with first-class postage fully prepaid thereon to be placed in the United States mail at Santa Ana, California.

___    BY MAIL IN THE ORDINARY COURSE OF BUSINESS: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U. S. Postal Service on that same day with first-class postage thereon fully prepaid at Santa Ana, CA, in the ordinary course of business.

    I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

___    BY PERSONAL SERVICE: I caused the foregoing document to be personally served by hand to the offices of the addressee.

___    BY FACSIMILE TRANSMISSION: I caused the foregoing document to be sent via facsimile transmission to the facsimile number(s) listed with each party.

___    STATE: I certify/declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

__X__    FEDERAL: I certify/declare/state under penalty of perjury that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed: May 16, 2008

_____
Barbara J. Finley