1  SUNNY S. HUO (State Bar No. 181071)
   ssh@severson.com
2  HEATHER S. EASTWOOD (State Bar No. 251935)
   hse@severson.com
3  SEVERSON & WERSON
   A Professional Corporation
4  One Embarcadero Center, Suite 2600
   San Francisco, CA  94111
5  Telephone:  (415) 398-3344
   Facsimile:  (415) 956-0439
6
   Attorneys for Defendants
7  BANK OF AMERICA, NATIONAL
   ASSOCIATION and PRLAP, INC.
8

9               UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11

| 12 | RUSSELL DON HOLTZ, | Case No.: 5:08-cv-02166-RS |
|---|---|---|
| 13 | Plaintiff, | **STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |
| 14 | vs. | **[LOCAL RULE 6-1]** |
| 15 | BANK OF AMERICA, NATIONAL ASSOCIATION, a national banking association; CAL-WESTERN RECONVEYANCE CORPORATION, a California corporation; PRLAP, INC., a North Carolina corporation; and DOES I through 20, inclusive, | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | Defendants. | |

20
21
22
23
24
25
26
27
28

1  Pursuant to Local Rule 6-1, the parties, by and through their respective counsel, hereby
2  stipulate that defendants Bank of America, National Association and PRLAP, Inc. shall have 30
3  additional days to respond to plaintiff's complaint. The response date will therefore be continued
4  from May 19, 2008 to June 18, 2008.
5     IT IS SO STIPULATED.
6  DATED: May 19, 2008     CONSUMER LAW CENTER

8     By: _/s/ Fred W. Schwinn_____
       Fred W. Schwinn

10     Attorney for Plaintiff
   Russell Don Holtz

12  DATED: May 19, 2008     SEVERSON & WERSON
   A Professional Corporation

15     By: _/s/ Sunny s. Huo_____
       Sunny S. Huo

16     Attorneys for Defendants
   Bank of American, National Association and
17     PRLPA, Inc.

19  I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

- 1 -

11608/0000/671531.1    Stipulation To Extend Time To Respond To Complaint
Case No.: 5:08-cv-02166-RS