1  SUNNY S. HUO (State Bar No. 181071)
   ssh@severson.com
2  HEATHER S. EASTWOOD (State Bar No. 251935)
   hse@severson.com
3  SEVERSON & WERSON
   A Professional Corporation
4  One Embarcadero Center, Suite 2600
   San Francisco, CA  94111
5  Telephone:  (415) 398-3344
   Facsimile:  (415) 956-0439
6
   Attorneys for Defendants
7  BANK OF AMERICA, NATIONAL
   ASSOCIATION and PRLAP, INC.
8

9                UNITED STATES DISTRICT COURT

10               NORTHERN DISTRICT OF CALIFORNIA

11

12 | RUSSELL DON HOLTZ,                          | Case No.: 5:08-cv-02166-RS
13 |                  Plaintiff,                  | **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**
14 |          vs.                                 |
15 | BANK OF AMERICA, NATIONAL ASSOCIATION, a national banking association; CAL-WESTERN RECONVEYANCE CORPORATION, a California corporation; PRLAP, INC., a North Carolina corporation; and DOES I through 20, inclusive, |
19 |                  Defendants.                  |

---

11608/0301/675982.1                     Declination To Proceed Before A Magistrate Judge
                                                 Case No.:  5:08-cv-02166-RS

1 | REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

DATED:  June 17, 2008                    SEVERSON & WERSON
                                          A Professional Corporation


                                          By:  */s/ Sunny s. Huo*
                                                    Sunny S. Huo

                                          Attorneys for Defendants
                                          Bank of American, National Association and
                                          PRLPA, Inc.

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

- 1 -