1  SUNNY S. HUO (State Bar No. 181071)
   ssh@severson.com
2  HEATHER S. EASTWOOD (State Bar No. 251935)
   hse@severson.com
3  SEVERSON & WERSON
   A Professional Corporation
4  One Embarcadero Center, Suite 2600
   San Francisco, CA 94111
5  Telephone: (415) 398-3344
   Facsimile: (415) 956-0439
6
   Attorneys for Defendants
7  BANK OF AMERICA, NATIONAL
   ASSOCIATION and PRLAP, INC.
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11

12 RUSSELL DON HOLTZ,                    Case No.: 5:08-cv-02166-RS

13           Plaintiff,                  **STIPULATION TO EXTEND TIME TO
                                         RESPOND TO COMPLAINT**
14      vs.                              **[LOCAL RULE 6-1]**

15 BANK OF AMERICA, NATIONAL
   ASSOCIATION, a national banking
16 association; CAL-WESTERN
   RECONVEYANCE CORPORATION, a
17 California corporation; PRLAP, INC., a North
   Carolina corporation; and DOES I through 20,
18 inclusive,

19           Defendants.

20

21

22

23

24

25

26

27

28

1    Pursuant to Local Rule 6-1, the parties, by and through their respective counsel, hereby

2    stipulate that defendants Bank of America, National Association and PRLAP, Inc. shall have 30

3    additional days to respond to plaintiff's complaint.  The response date will therefore be continued

4    from May 19, 2008 to June 18, 2008.

5        IT IS SO STIPULATED.

6    DATED:  May 19, 2008                    CONSUMER LAW CENTER

7

8                                            By:    /s/ Fred W. Schwinn
                                                        Fred W. Schwinn
9
                                             Attorney for Plaintiff
10                                           Russell Don Holtz

11

12   DATED:  May 19, 2008                    SEVERSON & WERSON
                                             A Professional Corporation
13

14
                                             By:    /s/ Sunny s. Huo
15                                                      Sunny S. Huo

16                                           Attorneys for Defendants
                                             Bank of American, National Association and
17                                           PRLPA, Inc.

18
     I hereby attest that I have on file all holograph signatures for any signatures indicated by a
19   "conformed" signature (/S/) within this efiled document.

20

21

22

23

24

25

26

27

28

- 1 -