SUNNY S. HUO (State Bar No. 181071)
ssh@severson.com
HEATHER S. EASTWOOD (State Bar No. 251935)
hse@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendants
BANK OF AMERICA, NATIONAL ASSOCIATION and PRLAP, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL DON HOLTZ,<br><br>Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, NATIONAL ASSOCIATION, a national banking association; CAL-WESTERN RECONVEYANCE CORPORATION, a California corporation; PRLAP, INC., a North Carolina corporation; and DOES I through 20, inclusive,<br><br>Defendants. | Case No.: 5:08-cv-02166-RS<br><br>**NOTICE OF MOTION AND MOTION TO DISMISS**<br><br>Accompanying Documents: Memorandum of Points and Authorities; [Proposed] Order<br><br>Date:         August 6, 2008<br>Time:        9:30 a.m.<br>Courtroom:  4, 5th Floor<br>Judge:       M.J. Richard Seeborg<br><br>Complaint Date: April 25, 2008 |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on Wednesday at August 6, 2008, at 9:30 a.m., in Courtroom 4 of the above-entitled court located at 280 South 1st Street, San Jose, California, Defendants Bank of America, National Association ("BofA") and PRLAP, Inc, will move this Court to dismiss the claims asserted by Plaintiff Russell Don Holtz ("Plaintiff") pursuant to F.R.C.P. 12 as he fails to state a claim against BofA or PRLAP, Inc.

1  The motion is based on this Notice of Motion, Motion to Dismiss, the attached
2  Memorandum of Points and Authorities, the accompanying Proposed Order, and the complete
3  files and records of this action.
4  DATED: June 18, 2008

SEVERSON & WERSON
A Professional Corporation

By:  /s/ Sunny S. Huo
       Sunny S. Huo

Attorneys for Defendants
Bank of American, National Association and
PRLPA, Inc.

11  I hereby attest that I have on file all holograph signatures for any signatures indicated by a
12  "conformed" signature (/S/) within this efiled document.