1  SUNNY S. HUO (State Bar No. 181071)
   ssh@severson.com
2  HEATHER S. EASTWOOD (State Bar No. 251935)
   hse@severson.com
3  SEVERSON & WERSON
   A Professional Corporation
4  One Embarcadero Center, Suite 2600
   San Francisco, CA  94111
5  Telephone:  (415) 398-3344
   Facsimile:  (415) 956-0439
6
   Attorneys for Defendants
7  BANK OF AMERICA, NATIONAL
   ASSOCIATION and PRLAP, INC.
8

9                   UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11

| 12 | RUSSELL DON HOLTZ, | Case No.: 5:08-cv-02166-RS |
|---|---|---|
| 13 | Plaintiff, | **[PROPOSED] ORDER GRANTING BANK OF AMERICA AND PRLAP'S MOTION TO DISMISS** |
| 14 | vs. | |
| 15 | BANK OF AMERICA, NATIONAL ASSOCIATION, a national banking association; CAL-WESTERN RECONVEYANCE CORPORATION, a California corporation; PRLAP, INC., a North Carolina corporation; and DOES I through 20, inclusive, | Accompanying Documents: Notice of Motion; Motion to Dismiss; Memorandum of Points and Authorities |
| 16 | | |
| 17 | | Date:       August 6, 2008<br>Time:       9:30 a.m.<br>Courtroom:  4, 5th Floor<br>Judge:      M.J. Richard Seeborg |
| 18 | | |
| 19 | Defendants. | Complaint Date: April 25, 2008 |

11608/0301/675982.1

[Proposed] Order Granting BofA and PRLAP's Motion to Dismiss
Case No.: 5:08-cv-02166-RS

The Motion of Defendants Bank of America, National Association ("BofA") and PRLAP, Inc. for an order dismissing Plaintiff's Complaint has been duly noticed and served on all interested parties, and came on regularly for hearing before this Court.

All arguments, papers and evidence considered and good cause appearing, the Court hereby orders that:

1. BofA and PRLAP's 12(b)(6) Motion to Dismiss is GRANTED WITHOUT LEAVE TO AMEND.

IT IS SO ORDERED.

DATED: _____

_____
JUDGE OF THE UNITED STATES
DISTRICT COURT