Fred W. Schwinn (SBN 225575)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California 95113-2418
Telephone Number: (408) 296-6100
Facsimile Number: (408) 296-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Attorney for Plaintiff
RUSSELL DON HOLTZ

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| RUSSELL DON HOLTZ,<br><br>　　　　　　　Plaintiff,<br>　v.<br><br>BANK OF AMERICA, NATIONAL ASSOCIATION, a national banking association; CAL-WESTERN RECONVEYANCE CORPORATION, a California corporation; PRLAP, INC., a North Carolina corporation; and DOES 1 through 20, inclusive,<br><br>　　　　　　　Defendants. | Case No. C08-02166-RMW-RS<br><br>**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER**<br><br>Fed. R. Civ. P. 41(a)(1) |

　　　Plaintiff, RUSSELL DON HOLTZ, and Defendants, BANK OF AMERICA, NATIONAL ASSOCIATION, CAL-WESTERN RECONVEYANCE CORPORATION and PRLAP, INC., hereby stipulate and agree that the claims asserted in the above-captioned proceeding are hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1). All parties to bear their own costs and attorneys fees.

/ / /

/ / /

1  Dated: July 16, 2008                    /s/ Fred W. Schwinn
2                                          Fred W. Schwinn, Esq.
                                           Attorney for Plaintiff
3                                          RUSSELL DON HOLTZ

4
5  Dated: July 16, 2008                    /s/ Sunny S. Huo
                                           Sunny S. Huo, Esq.
6                                          Attorney for Defendants
                                           BANK OF AMERICA, NATIONAL
7                                          ASSOCIATION, and PRLAP, INC.

8
9  Dated: July 16, 2008                    /s/ Kerry W. Franich
                                           Kerry W. Franich, Esq.
10                                         Attorney for Defendant
                                           CAL-WESTERN RECONVEYANCE
11                                         CORPORATION

12
13  THE FOREGOING STIPULATION
    IS APPROVED AND IS SO ORDERED.
14
15  Dated: _____
16                                         The Honorable Ronald M. Whyte
                                           Judge of the District Court

- 2 -
STIPULATION OF DISMISSAL AND [PROPOSED] ORDER          Case No. C08-02166-RMW-RS