Fred W. Schwinn (SBN 225575)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California 95113-2418
Telephone Number: (408) 296-6100
Facsimile Number: (408) 296-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Attorney for Plaintiff
RUSSELL DON HOLTZ

*E-FILED - 8/6/08*

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| RUSSELL DON HOLTZ,<br><br>                              Plaintiff,<br><br>          v.<br><br>BANK OF AMERICA, NATIONAL ASSOCIATION, a national banking association; CAL-WESTERN RECONVEYANCE CORPORATION, a California corporation; PRLAP, INC., a North Carolina corporation; and DOES 1 through 20, inclusive,<br><br>                              Defendants. | Case No. C08-02166-RMW-RS<br><br>**STIPULATION OF DISMISSAL AND [          ] ORDER**<br><br>Fed. R. Civ. P. 41(a)(1) |

          Plaintiff, RUSSELL DON HOLTZ, and Defendants, BANK OF AMERICA, NATIONAL ASSOCIATION, CAL-WESTERN RECONVEYANCE CORPORATION and PRLAP, INC., hereby stipulate and agree that the claims asserted in the above-captioned proceeding are hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1).  All parties to bear their own costs and attorneys fees.

/ / /

/ / /

1    Dated: _July 16, 2008_____        /s/ Fred W. Schwinn_____
                                             Fred W. Schwinn, Esq.
2                                            Attorney for Plaintiff
                                             RUSSELL DON HOLTZ
3

4
     Dated: _July 16, 2008_____        /s/ Sunny S. Huo_____
5                                            Sunny S. Huo, Esq.
                                             Attorney for Defendants
6                                            BANK OF AMERICA, NATIONAL
                                             ASSOCIATION, and PRLAP, INC.
7

8
     Dated: _July 16, 2008_____        /s/ Kerry W. Franich_____
9                                            Kerry W. Franich, Esq.
                                             Attorney for Defendant
10                                           CAL-WESTERN RECONVEYANCE
                                             CORPORATION
11

12
     THE FOREGOING STIPULATION
13   IS APPROVED AND IS SO ORDERED.

14

15   Dated: _ 8/6/08 _____          _Ronald M. Whyte_____

16                                       The Honorable Ronald M. Whyte
                                         Judge of the District Court
17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION OF DISMISSAL AND [] ORDER        Case No. C08-02166-RMW-RS